IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:15-CR-63-B |
| | ] | |
| SHERIN THAWER (1) | | |

### ORDER OF REVOCATION OF PRE-TRIAL RELEASE

On June 8, 2015, the above-named Defendant, represented by counsel, appeared before the Magistrate Judge for a hearing on the Government's Motion to Revoke Pre-Trial Release. The Court set conditions of release specifically instructing the Defendant not to violate any court, administrative or state bar order(s) relating to the defendant's practice of law. Clear and convincing evidence was presented to this Court that Ms. Thawer violated the conditions of her pre-trial release by engaging in the practice of law while on release. This Court finds from the evidence presented at the hearing that there is clear and convincing evidence that Ms. Thawer was practicing immigration law in direct violation of an administrative order entered by Disciplinary Counsel, United States Department of Justice Executive Office For Immigration Review, United States Immigration Court, San Francisco, California directing Ms. Thawer not to practice immigration law.

The Court having reviewed evidence from the Government, and the Defendant, finds probable cause to believe that Ms. Thawer violated the conditions of her pre-trial release as

alleged in the Government's Motion. The Court finds by clear and convincing evidence that Ms. Thawer is a flight risk and a danger to the safety of the community if released from custody during the pendency of this action. The Court has considered the least restrictive means, but is unable to find any condition or combination of conditions that will protect the safety of the community or assure Ms. Thawer's presence at future court appearances. Ms. Thawer has demonstrated that she will not abide by any order of this Court.

Therefore, the Court finds there is no condition or combination of conditions of release which could be set which would reasonably assure Ms. Payne's appearance at future court hearings and protect the safety of the community, and it is hereby

ORDERED that Defendant be, and she is hereby, committed to the custody of the Attorney General and United States Marshal's for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and that Defendant, while being so held, be afforded reasonable opportunity for private consultation with her counsel.

It is further ORDERED that, on an Order of a Court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding in the Northern District of Texas.

Signed this 22nd day of June, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE